# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION |
| Plaintiff | Case No:    13-CR-66 (PAM) |
| v. | |
| NAPOLEON LONG,<br>    Defendant. | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Brett Bacon, currently listed as counsel of record for Defendant Napoleon Long wishes to withdraw as counsel for Defendant Napoleon Long in this case for the following reason:

Defendant and the undersigned have mutually agreed to terminate the attorney-client relationship.

Dated: July 6, 2021
/s/ Brett Bacon
Brett Bacon
Attorney for Defendant
NAPOLEON LONG, JR.
FAMM
1100 H Street NW, Suite 1000
Washington, DC 20005
brett.m.bacon@gmail.com
Attorney Bar No.: 0400776
(570) 418-0851