UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 13-66 (PAM)

        Plaintiff,

v.                                                                                      **ORDER**

Napoleon Long, Jr.,

        Defendant.

---

This matter is before the Court on the Government's Motion to Dismiss the pending petition on supervised release as to Defendant Napoleon Long, Jr.  The Court finds that dismissal serves the interests of justice.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Government's Motion to Dismiss (Docket No. 171) is **GRANTED**;

2. The pending petition on supervised release as to Defendant Napoleon Long, Jr. is **DISMISSED without prejudice**; and

3. Defendant's conditions of supervision are modified to include the additional special condition:  Defendant shall have no contact with Abigail Dennis (including letters, communication devices, audio, or visual devices, visits, or any contact through a third party) without prior consent of the probation officer.

Dated: July 6, 2026                    *s/ Paul A. Magnuson*

                                      Paul A. Magnuson
                                      United States District Court Judge